IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JESUS HUERTA IBARRA,**

      **Plaintiff,**     CV F 06 1840 AWI WMW P

  **vs.**     ORDER

**JAMES A TILTON,**

      **Defendant.**

On August 2, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a first amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend. On August 1, 2007, Plaintiff filed a first amended complaint. Accordingly, IT IS HEREBY ORDERED that the August 2, 2007, recommendation of dismissal is vacated. This action proceeds on the August 1, 2007, first amended complaint.

IT IS SO ORDERED.

**Dated:   August 28, 2007**          /s/  William M. Wunderlich
                                                         UNITED STATES MAGISTRATE JUDGE